FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2022 OCT 17 PM 3: 16

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Case No.: 2:22CV675SPC-KCD

WILLIAM THOMAS
    PLAINTIFF
V.                                              Jury Trial Demanded
JANE DOE;
MELINDA MASTERS
    DEFENDANT

## COMPLAINT

Plaintiff William Thomas brings this action against Unit Manager Jane Doe in her individual capacity, Facility Administrator Melinda Masters in her individual and official capacity, to enjoin the violation of Plaintiff's First Amendment rights. Wellpath Recovery Solutions is in contract with Department of Children and Families (D.C.F.) to manage Florida Civil Commitment Center (F.C.C.C.). Employees of Wellpath.

Have confiscated privilege mail from Florida Department of Law Enforcement (F.D.L.E.) and when confiscated did not receive a confiscation slip or mail rejection form.

## PARTIES

1. Plaintiff William Thomas, is and was at all times mentioned herein a resident of the custody of D.C.F. He is currently confined in F.C.C.C., in Arcadia, Florida.

2. Defendant Jane Doe is a unit manager at the F.C.C.C., who, at all times mentioned in this complaint, held the rank of unit manager and is assigned to F.C.C.C.

3. Defendant, Melina Masters is the Facility Administrator who is responsible for the operation of F.C.C.C. and for the welfare of all the residents.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action under 28 U.S.C. 1331 and 1343 because this action arises under the U.S. Constitution and under 42 U.S.C. 1983.

5. Venue is proper because "a substantial part of the events or omissions giving rise to the claim" occurred in the Middle District of Florida. 28 U.S.C. 1391.

## FACTS

6. Plaintiff has the right to public records under The Public Record Act 119.01-119.012

7. On September 20, 2022, Defendant Jane Doe delivered mail to residents in Paris dorm and Plaintiff Thomas retrieved his mail.

8. Defendant Jane Doe went through the mail and notice mugshot of particular sex offender or sexual predators with information on their charges from the F.D.L.E.

9. Defendant Jane Doe told plaintiff that he could not have the mail because it contain information on residents at the facility.

10. Plaintiff did not receive any documentation on the confiscation of the mail.

11. To the best of plaintiff knowledge there is no written policy or memo that residents cannot receive information on other residents.

12. The only policy that is close to this alleged policy is that a resident cannot be in possession of another resident's legal mail.

13. Upon information and belief Defendant Masters came up with this alleged policy.

## COUNT ONE

### Violation of First Amendment of Freedom of Speech

14. Paragraphs 1-13 are incorporated as if reproduced fully.

15. Defendant Doe confiscated plaintiff mail because in violation of an allege policy.

## COUNT TWO

### Violation of Fourteenth Amendment Due Process

16. Paragraph 1-13 are incorporated as if reproduced fully.

17. Defendant Doe did not give plaintiff documentation of confiscated mail or rejection mail form.

## PRARYER FOR RELIEF

WHEREFORE, plaintiff respectfully pray that this court enter judgment granting plaintiff:

18. A declaration to the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

19. Order defendants to turn over plaintiff's mail and provide confiscation or mail rejection form when seizing plaintiff's mail.

20. An injunction stating that Plaintiff can receive public records of residents criminal background check, mugshots, sexual offender/sexual predator information from F.D.L.E. and/or anything related to public records so long that it comes from a governmental agency and/or governmental website.

21. Award punitive damages

22. Award nominal damages

23. A jury trial on all issues triable by jury

24. Plaintiff's cost in the suit

25. Any additional relief this court deems just, proper, and equitable.

Dated: OCTOBER 11, 2022

*/s/ W. Thomas*

Respectfully submitted,

William Thomas #5428031
Florida Civil Commitment Center
13619 S.E. Hwy. 70
Arcadia, FL 34266

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those I believe them to be true. I certify under penalty of perjury the foregoing is true and correct.

Executed at Arcadia, Florida on October 11, 2022

*/s/ W. Thomas*

William Thomas